IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

JASON WILSON, )
 )
        Petitioner, )
 )
v. ) No. CIV11-016-RAW-KEW
 )
MIKE ADDISON, Warden, )
 )
        Respondent. )

## OPINION AND ORDER
## DENYING CERTIFICATE OF APPEALABILITY

Petitioner has filed a notice of intent to appeal the court's order entered March 31, 2014, denying his petition for a writ of habeas corpus, and he also has filed a motion for certificate of appealability. After a careful review of the record, the court concludes petitioner has failed to make a "substantial showing of the denial of a constitutional right," as required by 28 U.S.C. § 2253(c)(2). The court further finds that petitioner has not "demonstrate[d] that reasonable jurists would find [this] court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**ACCORDINGLY,** petitioner's motion for certificate of appealability (Docket No. 22) is denied.

**IT IS SO ORDERED** this 29th day of April 2014.

                                              *Ronald A. White*
                                          **RONALD A. WHITE**
                                          **UNITED STATES DISTRICT JUDGE**